IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-898-MSK-MEH

WHOLE HEMP COMPANY LLC, a Colorado
Limited Liability Company, doing business as
FOLIUM BIOSCIENCES,

    Plaintiff,

v.

KAZIMIRA, LLC, a Colorado Limited
Liability Company, OROCHEM
TECHNOLIGIES, INC., an Illinois
corporation, ASHA A. OROSKAR,
ANIL R. OROSKAR, PRIYANKA
OROSKAR AND PULAK SHARMA,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, WHOLE HEMP COMPANY, a Colorado Limited Liability Company, doing business as FOLIUM BIOSCIENCES, by and through its undersigned counsel, hereby voluntarily dismisses the Complaint filed in this action (Dkt. # 1) without prejudice.

Dated:  June 26, 2017.

                                  Respectfully submitted,

                                  S/ *Craig A. Brand, Esq.*
                                  _____
                                  **Craig A. Brand, Esq.**
                                  Ganja Law P.L.L.C.
                                  GAI Building
                                  618 E. South Street, Suite 500
                                  Orlando, FL 32801
                                  Telephone: (305) 878-1477
                                  E-mail: Craig@ganjalaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2017, a true and accurate copy of the foregoing Plaintiff's Notice of Voluntary Dismissal of Complaint without Prejudice was filed and served with the Clerk of the Court using the CM/ECF system on the following:

Paul H. Schwartz
Jonathan A. Helfgott
Shoemaker Ghiselli + Schwartz LLC
1811 Pearl Street
Boulder, CO 80302
Telephone: (303) 530-3452
pschwartz@sgslitigation.com
jhelfgott@sgslitigation.com

Michael T. Layden
Richard J. Prendergast, Ltd.
111 West Washington, Suite 1100
Chicago, IL 60602
Telephone: (312) 641-1291
mlayden@rjpltd.com

*Counsel for Defendants*

S/ *Craig A. Brand, Esq.*
_____
**Craig A. Brand, Esq.**
Ganja Law P.L.L.C.
Attorney for Plaintiff